447 A.2d 650

Roberts, Appellant v. Pilcavage, et al.

Petition for Allowance of Appeal Denied Jan. 7, 1983.

Argued February 19, 1981. James L. Heidecker, for appellant; Edward McCardle, for appellees.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

The judgment of the Court of Common Pleas of Northampton County is affirmed.